IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-478-BO-BM

| | |
|---|---|
| RACHEL HARLESS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CITY OF RALEIGH, | ) |
| Defendant. | ) |

This matter is before the court on the joint motion [DE-13] to stay discovery in this matter until the resolution of defendant's pending motion to dismiss [DE-10] plaintiff's complaint.

For good cause shown by the reasons stated in the motion, the joint motion to stay [DE-13] is GRANTED. It is therefore ORDERED that the parties' deadline to participate in a Rule 26(f) conference and to submit a discovery plan, as well as any discovery deadlines, are STAYED in this case until such time as the court rules on defendant's pending motion to dismiss [DE-10].

IT IS FURTHER ORDERED that should the motion to dismiss [DE-10] be denied, counsel for plaintiff and defendant shall participate in a Rule 26(f) conference and file a Rule 26(f) report within twenty-one (21) days of the court's ruling, unless otherwise ordered by the court.

SO ORDERED, this 12th day of November, 2024.

Brian S. Meyers
United States Magistrate Judge