UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RACHEL HARLESS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF RALEIGH, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:24-CV-478-BO-BM |

**Decision by Court.**
This matter is before the Court on defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. [DE 10].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 10] is GRANTED. Plaintiff's complaint is hereby DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on June 25, 2025, and served on:**
Jordan Tenley (via CM/ECF Notice of Electronic Filing)
Joseph Budd (via CM/ECF Notice of Electronic Filing)
Andrew Seymour (via CM/ECF Notice of Electronic Filing)
Anna Davis (via CM/ECF Notice of Electronic Filing)

                                             **PETER A. MOORE, JR., CLERK**

June 25, 2025                        /s/Lindsay Stouch
                                               By: Deputy Clerk